UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ELAINE REYNOSA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-03743-JRS-DLP |
| | ) | |
| A & S TRANSPORTATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 2, 2020, the Magistrate Judge submitted her Report and Recommendation with regard to the Defendant's Amended Motion to Enforce the Parties' Settlement Agreement (ECF No. 44). The Court, having considered the Magistrate Judge's Report and Recommendation enforce the parties' settlement agreement, hereby **ADOPTS** the Magistrate Judge's Amended Report and Recommendation.  Any obligations owed under the Settlement Agreement should be completed within fifteen (15) days of this order.

SO ORDERED.

Date: 7/22/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

–1–

Distribution:

ELAINE REYNOSA
3537 Apple Street
Indianapolis, IN 46203

Ryan Lee Young
SEYFARTH SHAW LLP
ryoung@seyfarth.com